Form 19 - SECRETARY OF STATE - 306

**RHEINGOLD, VALET, RHEINGOLD &**
**ATTN:**

| U.S. DISTRICT SOUTHERN COURT | NEW YORK COUNTY | STATE OF NEW YORK |

Index No. **07 CIV 6874**

CARMEN COLLADO, INDVLY.& ON BEHALF OF    plaintiff
ALL OTHER PERSONS, SIMILARLY SITUATED

Date Filed .........

- against -

Office No.

PEPSICO, INC. ETAL                        defendant

Court Date:   /   /

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:
**STEVE AVERY** being duly sworn, deposes and says that he is over the age of 18 years, resides in the State of New York and is not a party to this action.   That on the
**20th  of August, 2007 at  02:00 PM**
at the Office of the Secretary of State of the State of New York in the City of Albany, New York, he served the
**SUMMONS AND COMPLAINT**
**UPON: PEPSI BOTTLING VENTURES, LLC.**
**the DEFENDANT** in this action, by delivering to and leaving with
**DONNA CHRISTIE, AGENT**

in the office of the Secretary of State of New York, two true copies thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of **$40**. That said service was made pursuant to Section ~~306 of the BCL~~ 303 LLC

Deponent further describes the person actually served as follows:

SEX: **FEMALE**         COLOR: **WHITE**         HAIR: **BLONDE**
APP. AGE: **35**        APP. HT: **5:5**         APP. WT: **130**
OTHER IDENTIFYING FEATURES:

SWORN TO BEFORE ME THIS
22nd  DAY OF August, 2007

KENNETH WISSNER
Notary Public, State of New York
  No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

STEVE AVERY
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3RVR55034