```
Form 07 - CORPORATION
          RHEINGOLD, VALET, RHEINGOLD &
     ATTN:
U.S. SOUTHERN DIST. COURT      NEW YORK   COUNTY
--------------------------------------------------
                                              Index No. 07 CIV 6874
CARMEN COLLADO INDIV AND ON BEHALF    plaintiff
OF ALL OTHER PEOPLE SIMILARLY SITUAT          Date Filed ...........
                 - against -
                                              Office No.
PEPSICO, INC. ETAL                 defendant
                                              Court Date:   / /
--------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:
```

**JEFFREY CAMPOLO**   being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **12th** day of **September, 2007** at **11:52 AM.**, at
      700 ANDERSON HILL ROAD
      PURCHASE, NY 10577-1444

I served a true copy of the
     **SUMMONS AND COMPLAINT**

upon **PEPSICO, INC.**
**a domestic corporation, the DEFENDANT** therein named by delivering to, and leaving personally with
     **KIMBERLY RIGGINS, MANAGING AGENT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
     SEX: **FEMALE**       COLOR: **WHITE**      HAIR: **BLOND**
     APP. AGE: **35**      APP. HT: **5:7**      APP. WT: **160**

OTHER IDENTIFYING FEATURES:

```
Sworn to before me this
13th  day of September,        2007k
                                                  .........................
JOEL GOLUB                                        JEFFREY CAMPOLO
Notary Public, State of New York                  AETNA CENTRAL JUDICIAL SERVICES
   No.01G04751136                                 225 BROADWAY, SUITE 1802
Qualified in NASSAU COUNTY                        NEW YORK, NY, 10007
Commission Expires 12/31/2009                     Reference No: 3RVR64634
```