AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern  DISTRICT OF  New York

CARMEN COLLADO, on behalf of herself and all others similarly situated,
                Plaintiff(s),

v.

PEPSICO, INC., and PEPSI BOTTLING VENTURES LLC,
                Defendants.

**APPEARANCE**

Case Number: 07 CIV 6874 (GBD)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Defendant PEPSI BOTTLING VENTURES LLC

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/19/2007 | *(signature)* |
| Date | Signature |
| | James M. Parrott, V      (JP 5297) |
| | Print Name      Bar Number |
| | PO Box 2611 |
| | Address |
| | Raleigh      NC      27607 |
| | City      State      Zip Code |
| | (919) 821-1220      (919) 821-6800 |
| | Phone Number      Fax Number |