UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - )
CARMEN COLLADO, on behalf of herself and all )    Civil Action No. 07 CIV 6874 (GBD)
others similarly situated, )
             Plaintiff, )
)
)    **MOTION TO ADMIT COUNSEL**
               v. )    ***PRO HAC VICE***
)
)
PEPSICO, INC., and PEPSI BOTTLING )
VENTURES LLC, )
)
             Defendants. )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - )

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, James M. Parrott, V, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission *pro hac vice* of:

Donald H. Tucker, Jr.
Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP
2500 Wachovia Capitol Center
Raleigh, North Carolina 27601
(919) 821-1220 (ph)
(919) 821-6800 (fax)
dtucker@smithlaw.com

Donald H. Tucker, Jr. is a member of good standing of the Bar of North Carolina and of the United States District Court for the Eastern District of North Carolina as evidenced by the attached certificates of good standing. There are no pending disciplinary proceedings against Donald H. Tucker, Jr. in any State or Federal court.

Dated: September 19, 2007
        Raleigh, North Carolina

#992318_1.doc

-2-

Respectfully submitted,

By: _____
James M. Parrott, V (JP 5297)
SMITH, ANDERSON, BLOUNT, DORSETT,
   MITCHELL & JERNIGAN, LLP
2500 Wachovia Capitol Center
P. O. Box 2611
Raleigh, North Carolina 27602
(919) 821-1220 (ph)
(919) 821-6800 (fax)
*Attorney for Defendant*
*Pepsi Bottling Ventures LLC*

-3-

## **CERTIFICATE OF SERVICE**

This is to certify that the undersigned this day served the foregoing documents upon all parties to this cause by depositing a copy thereof in the United States Mail, first class postage prepaid, addressed as follows:

Hunter J. Shkolnik
RHEINGOLD, VALET,
RHEINGOLD, SHKOLNIK & MCCARTNEY LLP
113 East 37th Street
New York, NY 10016
*Attorney for Plaintiffs*

Andrew P. Bell
Richard J. Arsenault
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court
Alexandria, LA 71301
*Attorneys for Plaintiffs*

Michael S. Lazaroff
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
*Attorneys for Defendant PepsiCo, Inc.*

This the 19th of September, 2007.

_____
James M. Parrott, V

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

# CERTIFICATE OF GOOD STANDING

I, Dennis P. Iavarone, Clerk of this Court,

certify that **Donald H. Tucker, Jr.**, Bar #12578,

was duly admitted to practice in this Court on

July 8, 1985, and is in good standing

as a member of the Bar of this Court.

Dated at Raleigh                                                                 on September 10, 2007.

Dennis P. Iavarone
CLERK

DEPUTY CLERK

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



*I, Christie Speir Cameron, Clerk of the Supreme Court of North Carolina, do hereby certify that on August 18, 1984, license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to*

## DONALD H. TUCKER, JR.

*according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.*

*To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.*

*WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in Raleigh, this                September 7, 2007                .*

*Christie S. Cameron*
Christie Speir Cameron
Clerk of the Supreme Court
of the State of North Carolina

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - )
CARMEN COLLADO, on behalf of herself and all )   **Civil Action No. 07 CIV 6874 (GBD)**
others similarly situated, )
               Plaintiff, )
                                           )
                                           )   **AFFIDAVIT OF**
               v.   )   **JAMES M. PARROTT, V**
                                           )   **IN SUPPORT OF**
                                         )   **MOTION TO ADMIT COUNSEL**
                                         )   ***PRO HAC VICE***
PEPSICO, INC., and PEPSI BOTTLING )
VENTURES LLC, )
             Defendants. )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - )

      JAMES M. PARROTT, V, being duly sworn, deposes and says:

      1.     I am a member of the firm of Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P., attorneys for Defendant Pepsi Bottling Ventures LLC ("Defendant") in this action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Donald H. Tucker, Jr. as counsel *pro hac vice* to represent Defendant in this matter.

      2.     I am a member in good standing of the bar of the State of New York, and was admitted to practice law in New York on May 13, 2002. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

      3.     I have known Mr. Tucker since October, 2005.

      4.     Donald H. Tucker, Jr. is a partner with the firm of Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P. and is a member in good standing of the Bar of the State of North Carolina and of the United States District Court for the Eastern District of North Carolina.

#992321_1.doc

-2-

5. Mr. Tucker is a skilled attorney and a person of integrity. He is experienced in Federal Practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Donald H. Tucker, Jr., *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Donald H. Tucker, Jr., *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, I respectfully request that the Court grant Defendant's motion to admit Donald H. Tucker, Jr., *pro hac vice*, to act as counsel on behalf of Defendant in this action.

Dated: September 19, 2007
      Raleigh, North Carolina

                                        Respectfully submitted,

                                        James M. Parrott, V
                                        JP – 5297

State of North Carolina
County of Wake

Subscribed and sworn to before me this
19th day of September, 2007.

Alison R. Pollock, Notary Public

My commission expires December 23, 2009.

-2-

#992321_1.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - )
CARMEN COLLADO, on behalf of herself and all )    **Civil Action No. 07 CIV 6874 (GBD)**
others similarly situated, )
                          Plaintiff, )
)
)    **ORDER FOR ADMISSION**
                       v. )         ***PRO HAC VICE***
)    **ON WRITTEN MOTION**
)
PEPSICO, INC., and PEPSI BOTTLING )
VENTURES LLC, )
)
                         Defendants. )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - )

       Upon the motion of James M. Parrott, V, attorney for Defendant Pepsi Bottling Ventures LLC, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

       Donald H. Tucker, Jr.
       Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP
       2500 Wachovia Capitol Center
       Raleigh, North Carolina 27601
       (919) 821-1220 (ph)
       (919) 821-6800 (fax)
       dtucker@smithlaw.com

is admitted to practice pro hac vice as counsel for Defendant Pepsi Bottling Ventures LLC in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys. This action has been assigned to the Electronic Case

Filing (ECF) system; therefore counsel shall immediately apply for an ECF password at nysd.uscorts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: September ___, 2007
       Manhattan, New York

 

_____
United States District/Magistrate Judge