UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    X
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CARMEN COLLADO, on behalf of herself and all      :   07 CIV 6874 (CLB)
others similarly situated,                        :
          Plaintiff,

                                      :   **NOTICE OF THE MOTION TO**
                v.                           **CONSOLIDATE AND**
                                      :   **TRANSFER FILED BEFORE THE**
                                      :   **JUDICIAL PANEL ON**
PEPSICO, INC. and PEPSI BOTTLING VENTURES         :   **MULTIDISTRICT LITIGATION**
LLC,                                              :
          Defendant.                           **ECF FILING**

                                      :
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

On behalf of Defendant PepsiCo, Inc., pursuant to Rule 5.12(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, we respectfully give notice of the filing before the Judicial Panel on Multidistrict Litigation of PepsiCo's Motion to Consolidate and Transfer the above-captioned action and other related actions pending in this and other districts. Annexed as Exhibit A is a copy of PepsiCo's September 27, 2007 Motion to Consolidate and Transfer. Annexed as Exhibit B is the Memorandum of Points and Authorities In Support of Motion to Consolidate and Transfer. Annexed as Exhibit C is the Declaration of Louis M. Solomon, along with accompanying exhibits, annexed as Exhibit C.1 and C.2. Attached as Exhibit D is the statement of the Reasons Why Oral Argument Should Be Heard before the Judicial Panel on Multidistrict Litigation.

Dated: September 27, 2007
       New York, New York

                                            By:     /s/ Louis M. Solomon
                                                  Louis M. Solomon (LS 7906)
                                                  Michael S. Lazaroff (ML 0149)
                                                  Jennifer L. Jones (JJ 5987)
                                                  Patrick J. Dempsey (PD 8372)
                                                  PROSKAUER ROSE LLP
                                                  1585 Broadway
                                                  New York, NY 10036
                                                  (212) 969-3000
                                                  *Attorneys for Defendants PepsiCo, Inc.*