BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

---

IN RE PEPSICO, INC. AND
THE COCA COLA COMPANY,
INC. CONSUMER CLASS
ACTION LITIGATION

MDL Docket No. _____

---

## MOTION TO CONSOLIDATE AND TRANSFER

Pursuant to 28 U.S.C. § 1407, PepsiCo, Inc. and The Pepsi Bottling Group, Inc. respectfully move this Panel for an Order consolidating in the Southern District of New York for pretrial proceedings the cases identified in the attached Schedule A for the reasons set forth in the accompanying Memorandum of Points and Authorities.

Dated: September 27, 2007

Respectfully submitted,

*Margaret A. Dale*

Louis M. Solomon
Margaret A. Dale
Michael S. Lazaroff
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
*Attorneys for PepsiCo, Inc., and
The Pepsi Bottling Group., Inc.*