AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

CARMEN COLLADO, on behalf of herself and all others similarly situated,

Plaintiff,

v.

PEPSICO, INC. and PEPSI BOTTLING VENTURES LLC,

Defendant.

**APPEARANCE**

Case Number: 07 civ 6874 (CLB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant PepsiCo, Inc.

I certify that I am admitted to practice in this court.

10/1/2007
Date

*[Signature]*
Signature

Louis M. Solomon (LS 7906)
Print Name / Bar Number

1585 Broadway
Address

New York / NY / 10036
City / State / Zip Code

(212) 969-3000 / (212) 969-2900
Phone Number / Fax Number