UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - )
CARMEN COLLADO, on behalf of herself and all )    Civil Action No. 07 CIV 6874 (GBD)
others similarly situated, )
                       Plaintiff, )
)
)    **ORDER FOR ADMISSION**
                       v. )    ***PRO HAC VICE***
)    **ON WRITTEN MOTION**
)
PEPSICO, INC., and PEPSI BOTTLING )
VENTURES LLC, )
)
                       Defendants. )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - )

      Upon the motion of James M. Parrott, V, attorney for Defendant Pepsi Bottling Ventures LLC, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

      Donald H. Tucker, Jr.
      Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP
      2500 Wachovia Capitol Center
      Raleigh, North Carolina 27601
      (919) 821-1220 (ph)
      (919) 821-6800 (fax)
      dtucker@smithlaw.com

is admitted to practice pro hac vice as counsel for Defendant Pepsi Bottling Ventures LLC in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys. This action has been assigned to the Electronic Case

USDC SD NYWP  MICROFILM  OCT -5 2007

#992325_1.doc

Filing (ECF) system; therefore counsel shall immediately apply for an ECF password at nysd.uscorts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: ~~September~~ October 5, 2007
~~Manhattan~~, New York
White Plains,

_____Charles Brieant_____
United States District/~~Magistrate~~ Judge

#992325_1.doc

2