UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    X
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CARMEN COLLADO, on behalf of herself and all    :    **07 CIV 6874 (CLB)**
others similarly situated,                                          :
    Plaintiff,

              :    **NOTICE OF MOTION**
   v.
              :    **ECF FILING**
              :
              :

PEPSICO, INC. and PEPSI BOTTLING VENTURES   :
LLC,
    Defendants.
              :
              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

   PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the Declaration of Diane Petroccione, dated September 18, 2007, and the exhibit annexed thereto, Defendants PepsiCo, Inc. and Pepsi Bottling Ventures LLC will move this Court before the Honorable Charles L. Brieant at the United States District Court for the Southern District of New York, Courtroom 218, 300 Quarropas Street, White Plains, New York 10601, on November 30, 2007 at 10:00 a.m. or as soon as counsel may be heard, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing this action for failure to state a claim for which relief can be granted.

PLEASE TAKE FURTHER NOTICE that responsive papers, if any, are due on October 25, 2007, and reply papers, if any, are due on November 1, 2007.

Dated: October 11, 2007
      New York, New York

By:    /s/ Louis M. Solomon
Louis M. Solomon (LS 7906)
Michael S. Lazaroff (ML 0149)
Jennifer L. Jones (JJ 5987)
Patrick J. Dempsey (PD 8372)
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
(212) 969-3000
*Attorneys for Defendant PepsiCo, Inc.*

   /s/ Donald H. Tucker, Jr.
Donald H. Tucker, Jr.*
James M. Parrot (JP 5297)
SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP
2500 Wachovia Capitol Center
Raleigh, NC 27602
(919) 821-6681
*Attorneys for Defendant Pepsi Bottling Ventures LLC*
(*admitted *pro hac vice*)

TO:   Hunter J. Shkolnik (HS 4854)
Simcha D. Schonfel (SS 4830)
RHEINGOLD, VALET, RHEINGOLD, SHKOLNIK & McCARTNEY LLP
113 East 37th Street
New York, New York 10016
(212) 684-1880

and

Richard J. Arsenault
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court
Alexandria, LA 71301
(318) 487-9874

*Attorneys for Plaintiffs*