AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

CARMEN COLLADO, on behalf of
herself and all others similarly
situated,
         Plaintiff,

**APPEARANCE**

    v.

Case Number:  07 civ 6874 (CLB)

PEPSI, INC. and PEPSI BOTTLING
VENTURES LLC,
         Defendant.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Defendant PepsiCo, Inc.

    I certify that I am admitted to practice in this court.

| 10/15/2007 | | |
|---|---|---|
| Date | Signature | |
| | Michael S. Lazaroff | (ML 0149) |
| | Print Name | Bar Number |
| | 1585 Broadway | |
| | Address | |
| | New York | NY | 10036 |
| | City | State | Zip Code |
| | (212) 969-3000 | (212) 969-2900 |
| | Phone Number | Fax Number |