*Breart, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK          X
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CARMEN COLLADO, on behalf of herself and all      :      **07 CIV 6874 (CLB)**
others similarly situated,                        :
                              Plaintiff,          :      **STIPULATION EXTENDING**
                                                  :      **TIME TO RESPOND**
                                                  :      **TO DEFENDANTS'**
                    v.                            :      **MOTION TO DISMISS**
                                                  :      *& ord*
                                                  :
                                                  :
PEPSICO, INC. and PEPSI BOTTLING VENTURES         :
LLC,                                              :
                              Defendants.         :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for

CARMEN COLLADO, on behalf of herself and all others similarly situated, and PEPSICO,

INC. and PEPSI BOTTLING VENTURES LLC (collectively "the Defendants") that in order for

the briefing schedule in the above captioned matter to be consistent with that in the related

action, *Fielman v. PepsiCo, Inc., The Pepsi Bottling Group, Inc., and Pepsi Bottling Ventures*

*LLC*, Case No. 07-CV-6815 (S.D.N.Y.) (a) the Plaintiff's time to serve any opposition to

Defendants' Motion to Dismiss Pursuant to Fed. R.Civ. P. 12(b)(6) shall be extended to and

include October 31, 2007; and (b) the Defendants' time to serve any reply affidavits and

memoranda of law shall be extended to and include November 21, 2007.

Dated: October 17, 2007
     New York, New York

_____
Louis M. Solomon (LS 7906)
Michael S. Lazaroff (ML 0149)
PROSKAUER ROSE
1585 Broadway
New York, NY 10036
(212) 969-3000
*Attorneys for Defendants PepsiCo, Inc.*

_____
Donald H. Tucker*
James M. Parrot (JP 5297)
SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, LLP
2500 Wachovia Capitol Center
Raleigh, NC 27602
(919) 821-6681
*Attorneys for Defendants Pepsi Bottling Ventures LLC*
(admitted *pro hac vice*)

_____
Hunter J. Shkolnik (HS 4854)
Simcha Schonfeld
RHEINGOLD, VALET, RHEINGOLD,
SHKOLNIK & McCARTNEY LLP
113 East 37th Street
New York, NY 10016
(212) 684-1880
*Attorneys for Plaintiff*

SO ORDERED this 22 day of
October, 2007

_____
U.S.D.J.

include October 31, 2007; and (b) the Defendants' time to serve any reply affidavits and

memoranda of law shall be extended to and include November 21, 2007.

Dated: October 17, 2007
    New York, New York


_Michael S. Lazaroff / JT5_

Louis M. Solomon (LS 7906)
Michael S. Lazaroff (ML 0149)
PROSKAUER ROSE
1585 Broadway
New York, NY 10036
(212) 969-3000
*Attorneys for Defendants PepsiCo, Inc.*

_Donald H. Tucker, Jr._

Donal H. Tucker*
James M. Parrot (JP 5297)
SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, LLP
2500 Wachovia Capitol Center
Raleigh, NC 27602
(919) 821-6681
*Attorneys for Defendants Pepsi Bottling Ventures LLC*
(admitted *pro hac vice*)

Hunter J. Shkolnik (HS 4854)
Simcha Schonfeld
RHEINGOLD, VALET, RHEINGOLD,
SHKOLNIK & McCARTNEY LLP
113 East 37th Street
New York, NY 10016
(212) 684-1880
*Attorneys for Plaintiff*


SO ORDERED this ___ day of
October, 2007


_____
    U.S.D.J.