UNITED STATES DISTRICT COURT
DISTRICT OF NEW YORK                                      X
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
BRIAN FIELMAN, on behalf of himself and all        :    07 CIV 6815 (CLB)
others similarly situated,                                        :
                                                                          :
                              Plaintiff,                              :
                      v.                                                :
                                                                          :
PEPSICO, INC., THE PEPSI BOTTLING GROUP,   :
INC., and PEPSI BOTTLING VENTURES LLC,      :
                                                                          :
                              Defendant.                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                                          :
CARMEN COLLADO, on behalf of herself and all  :    07 CIV 6874 (CLB)
others similarly situated,                                        :
                              Plaintiff,                              :
                      v.                                                :
                                                                          :
PEPSICO, INC. and PEPSI BOTTLING                    :
VENTURES LLC,                                                   :
                              Defendants.                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### STIPULATION EXTENDING TIME TO RESPOND TO
### DEFENDANTS' MOTION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for

PEPSICO, INC., THE PEPSI BOTTLING GROUP, INC., and PEPSI BOTTLING VENTURES

LLC (collectively "the Defendants"), and BRIAN FIELMAN, on behalf of himself and all others

similarly situated and CARMEN COLLADO, on behalf of herself and all others similarly

situated (collectively "the Plaintiffs"), that the Plainitff's time to serve any opposition to

Defendants' Motion to Dismiss Pursuant to Fed. R.Civ. P. 12(b)(6) shall be extended to and

including thirty days after transfer of the following actions to this Court pursuant to 28 U.S.C. §

1404 and/or 28 U.S.C. § 1407:

- *Anderson, et. al v. PepsiCo, Inc. and The Coca-Cola Company, Inc.*, Case No. 2:07-CV-02514 (W.D. Tenn.);
- *Litschke v. PepsiCo, Inc., The Pepsi Bottling Group, Inc. and Pepsi Bottling Ventures, LLC*, 2:07-cv-02100-FC-JFM (E.D. Cal.); and
- *Villa, et al. v. PepsiCo., Inc. and The Coca Cola Company Inc.*, Case No. 4:07-CV-3060 (S.D. Tex.).

Dated: October 30, 2007
New York, New York

_Michael Lazaroff / PJD_
Louis M. Solomon (LS 7906)
Michael S. Lazaroff (ML 0149)
PROSKAUER ROSE
1585 Broadway
New York, NY 10036
(212) 969-3000
*Attorneys for Defendants PepsiCo, Inc. and The Pepsi Bottling Group, Inc.*

_Donald H. Tomlin_
Donal H. Tucker*
James M. Parrot (JP 5297)
SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP
2500 Wachovia Capitol Center
Raleigh, NC 27602
(919) 821-6681
*Attorneys for Defendants Pepsi Bottling Ventures LLC*
(admitted *pro hac vice*)

_Jeffrey Klafter_
Jeffrey A. Klafter (JK 0953)
KLAFTER & OLSEN LLP
1311 Marmaroneck Avenue
Suite 220
White Plains, New York 10605
(914) 997-5656

and

Seth R. Lesser (SR 5560)
Andrew P. Bell (AB 1309)
LOCKS LAW FIRM PLLC
110 East 55th Street
New York, New York 10022
(212) 838-3333

*Attorneys for Plaintiff Brian Fielman*

_Hunter Shkolnik by JAK_
Hunter J. Shkolnik (HS 4854)
Simcha Schonfeld
RHEINGOLD, VALET, RHEINGOLD, SHKOLNIK & McCARTNEY LLP
113 East 37th Street
New York, NY 10016
(212) 684-1880
*Attorneys for Plaintiff Carmen Collado*

SO ORDERED this 15 day of Nov., 2007
_Charles Brieant_
U.S.D.J.